No. 85–6900.  RICHARDSON v. L. S. U. MEDICAL CENTER ET AL.  Appeal from C. A. 5th Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–1426.  ABRAMS, ATTORNEY GENERAL OF NEW YORK v. McCRAY.  C. A. 2d Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Allen* v. *Hardy, ante,* p. 255, and *Batson* v. *Kentucky,* 476 U. S. 79 (1986).

No. 85–97.  PETROLEUM HELICOPTERS, INC. v. SINCOX, INDIVIDUALLY AND AS NATURAL TUTRIX OF THE MINORS, SINCOX ET AL.  C. A. 5th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Offshore Logistics, Inc.* v. *Tallentire,* 477 U. S. 207 (1986).